IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

EUGENE DIVISION

| | |
|---|---|
| KELLY SHAWN HALL,<br><br>    Plaintiff;<br><br>v.<br><br>COMMISSIONER SOCIAL SECURITY ADMINISTRATION,<br><br>    Defendants. | Civ. No. 6:21-cv-00608-AA<br><br>**OPINION AND ORDER** |

AIKEN, District Judge.

In this action for review of a final decision regarding Disability Insurance Benefits under Title II of the Social Security Act under 42 U.S.C. § 405(g), Plaintiff, *pro se*, filed the Complaint on April 22, 2021. ECF No. 1. On May 18, 2022, the Court ordered Plaintiff to show cause in writing why this case should not be dismissed for failure to prosecute. ECF No. 7.

Plaintiff failed to respond to the Court's Order and the time for filing has now passed. Accordingly, the Court DENIES Plaintiff's Motion for Appointment of Counsel, ECF No. 3, as moot and DISMISSES this case without prejudice. Final judgment shall be entered accordingly.

It is so ORDERED and DATED this ___5th___ day of August 2022.

                                            /s/Ann Aiken
                                            ANN AIKEN
                                            United States District Judge